**FILED**

APR 1 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **4 : 2 6 CR 0 0 1 7 5** |
| | ) | Title 18, United States Code, |
| JAMAR CALLIER, | ) | Sections 922(g)(1) and 924(a)(8) |
| | ) | |
| Defendant. | ) | |

**JUDGE BARKER**

COUNT 1
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1.　On or about April 20, 2021, in the Northern District of Ohio, Eastern Division, Defendant JAMAR CALLIER, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being:  Abduction, on or about November 27, 2002, in case number 01-CR-876 in the Mahoning County Court of Common Pleas, knowingly possessed a firearm, to wit:  Taurus, model PT111 Millennium G2, 9 mm caliber pistol, bearing serial number TJR89906, said firearm and having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2.      For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference.  As a result of the foregoing offense, Defendant JAMAR CALLIER, shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violation charged herein; including, but not limited to, the following: Taurus, model PT111 Millennium G2, 9 mm caliber pistol, bearing serial number TJR89906.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2